112 A.3d 1209

**George D. FISH, Stephen Hrabrick and Jonathan A. Briskin, Respondents**

v.

**TOWNSHIP OF LOWER MERION, Petitioner.**

Supreme Court of Pennsylvania.

April 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Did the Commonwealth Court err in deciding that the Lower Merion business privilege tax could not apply to a business receiving gross receipts from the business of leasing real estate?